UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KARI ANDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. CV-20-40-GF-BMM-JTJ <br><br> **ORDER** |

Defendants have moved for leave to file under seal Exhibits D through J in support of their Motion to Transfer Division Venue (Doc. 4), all of which have been lodged under seal with the Court (Doc. 5). The basis for the motion is that these exhibits are confidential proceedings of a state court dependency/neglect matter involving minor children. Defendants have advised that Plaintiffs do not object to the motion. The Court finds good cause to grant leave to file under seal.

THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Exhibits Under Seal is GRANTED. The Clerk shall file UNDER

1

SEAL Exhibits D through J, attached to Defendants' Notice of Lodging Documents Under Seal (Doc. 5).

DATED this 12th day of May, 2020.

_____
John Johnston
United States Magistrate Judge