IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KARI ANDERSON, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | CV 20-77-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO SEAL** |

Defendants have filed two unopposed motions seeking leave to file records under seal for *in camera* review. (Docs. 40, 42.) Good cause appearing,

IT IS ORDERED that the motions are GRANTED. Defendants shall file the records under seal pursuant to L.R. 5.2 and § 6(b)(i)(7) (page 21) of the Guide for Filing in the District of Montana. (*See* https://www.mtd.uscourts.gov/manuals-training.)

DATED this 30th day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge