IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KARI ANDERSON, for herself and on behalf of her minor child, L.A., and MAKAYLA ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA, by and through the MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CV 20-77-BLG-SPW<br><br>ORDER |

Before the Court is Plaintiff Kari Anderson's Motion to Dismiss Plaintiff. (Doc. 163). Anderson's counsel contacted counsel for Defendant "numerous times," but Defendant did not state whether it objects to Anderson's motion. (*Id.* at 2). Defendant did not respond. Accordingly, the Court finds the motion well-taken. Loc. R. 7.1(d)(1)(B)(ii).

IT IS HEREBY ORDERED that Plaintiff Kari Anderson and all claims asserted by Anderson in this matter are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties will pay their own attorney fees and costs. The claims asserted by all other Plaintiffs remain.

//

1

DATED this 15th day of April, 2024.

_____
SUSAN P. WATTERS
United States District Judge